United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE LUIS ARRIAGA GONZALES,<br>Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. 4:26-6905 |
| WARDEN, MONTGOMERY<br>PROCESSING CENTER, *et al.*<br>Respondents. | §<br>§<br>§<br>§ | |

**ORDER OF DISMISSAL**

Petitioner Jose Luis Arriaga Gonzales filed this habeas petition on August 20, 2026, when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On November 6, 2026, the respondents filed notice (Dkt. 5) that the petitioner was removed from the United States on August 22, 2026, before this Court entered an order to answer. The petitioner has not responded. Online public records reflect that the petitioner is not in ICE custody.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore the Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on November 20, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE